# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                      **CASE NO. 6:22-cr-10073-EFM**

**GRANT A. LUBBERS,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**POSSESSION WITH INTENT TO DISTRIBUTE
A CONTROLLED SUBSTANCE -- Fentanyl
[21 U.S.C. § 841(a)(1)]**

On or about April 5, 2021, in the District of Kansas, the defendant,

**GRANT A. LUBBERS,**

knowingly and intentionally possessed with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a controlled substance.

The above acts being in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 2

**POSSESSION OF A FIREARM DURING
A DRUG TRAFFICKING OFFENSE
[18 U.S.C. § 942(c)]**

On or about April 5, 2021, in the District of Kansas, the defendant,

**GRANT A. LUBBERS,**

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, did possess a firearm, to wit; the defendant possessed a Sig Sauer model P-320, 9 mm caliber handgun, bearing serial number 58c461770, while possessing, with the intent to distribute, 40 grams or more of a mixture and substance containing a detectable amount of fentanyl.

The above act was in violation of Title 18, United States Code, Section 942(c)(1)(A)(i).

## FORFEITURE NOTICE

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

2. Upon conviction of the offenses alleged in Counts 1 and 2 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offenses, including, but not limited to:

   A.   Sig Sauer, model P320 M17, 9mm handgun, SN: 58C461770, and

      B.     Any accompanying ammunition.

3.     Upon conviction of the offense identified in Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offense, and any property used or intended to be used, in any manner or part, to commit or facilitate the commission of the offenses including, but not limited to, the following:

      A.     Sig Sauer, model P320 M17, 9mm handgun, SN: 58C461770; and

      B.     Any accompanying ammunition.

All pursuant to Title 18, United States Code, Section 924(d), Title 28 United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

**A TRUE BILL**

| October 4, 2022 | s/Foreperson |
|---|---|
| DATE | FOREPERSON OF THE GRAND JURY |

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/ Alan G. Metzger
ALAN G. METZGER
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: alan.metzger@usdoj.gov
Ks. S. Ct. No. 10143

> IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## **PENALTIES**

**Count 1  [21 U.S.C. § 841(a)(1) and (b)(1)(B)]**

- Punishable by a term of imprisonment of not less than five (5) years and not more than forty (40) years.  21 U.S.C. § 841(b)(1)(B).

- A term of supervised release of at least four (4) years.  21 U.S.C. § 841(b)(1)(B).

- A fine not to exceed $5 million.  21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than 10 years and not more than life imprisonment.  21 U.S.C. § 841(b)(1)(B).

- A term of supervised release of at least eight (8) years.  21 U.S.C. § 841(b)(1)(B).

- A fine not to exceed $8 million.  21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

**Count 2 [18 U.S.C. § 924(c)(1)(A)(i)]**

- Punishable by a term of imprisonment of not less than five (5) years and no more than life.  18 U.S.C. § 924(c)(1)(A)(i).  This term of imprisonment runs consecutive to any other term of imprisonment imposed on the defendant.  18 U.S.C. § 924(c)(1)(D)(ii).  If the defendant has a prior conviction for a violation of § 924(c)(1)(A), the instant offense is punishable by a term of imprisonment of not less than twenty-five (25) years and not more than life.  18 U.S.C. § 924(c)(1)(C)(i).

- A term of supervised release of not more than five (5) years.  18 U.S.C. § 3583(b)(1).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.